IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SAINT JOSEPH DIVISION

| WILLIAM L. BRADY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 03-6166-CV-SJ-HFS |
| RICHARD J. COYLE, et al., | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is the joint motion of the parties to remove this case from the trial docket. Although preliminary settlement negotiations have been unsuccessful, the parties have agreed to enter into binding arbitration proceedings.

Accordingly, it is hereby

ORDERED that the joint motion to remove this case from the trial docket (ECF doc. 53) is GRANTED. The clerk of the court is directed to remove this case from the Fall 2005 Civil Accelerated Docket.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

October 7, 2005

Kansas City, Missouri